UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HAROLD LONGSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 3:05-CV-269 RM |
| vs. ) | |
| ) | |
| GEORGE W. BUSH, II, *et al.*, ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

Harold Longston, a *pro se* prisoner, has not indicated that he initiated, signed, authorized, or desires to pursue this lawsuit. It appearing likely that Mark S. Hughs included Mr. Longston's name on this lawsuit without his permission, the court:

(1) DISMISSES this case; and

(2) WAIVES the filing fee.

SO ORDERED.

ENTERED: June 24, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court